**No. 39100.**—Protest 925140–G of M. Pressner & Co. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of animals in chief value of plaster-of-paris similar to those the subject of *United States* v. *Okuda* (23 C. C. P. A. 46, T. D. 47713). The claim at 35 percent under paragraph 205 was therefore sustained.

**No. 39101.**—Protest 689906–G of American Import Co. (Los Angeles).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of tennis rackets similar to those passed upon in *May* v. *United States* (T. D. 47760). The claim at 30 percent under paragraph 1502 was therefore sustained.

**No. 39102.**—Protest 941520–G of American Import Co. (San Francisco).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of footballs similar to those passed upon in Abstract 27179. The claim at 30 percent under paragraph 1502 was therefore sustained.

**No. 39103.**—Protest 707999–G of Geo. S. Bush & Co., Inc. (Seattle).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of balls the same as those passed upon in *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770). The claim at 30 percent under paragraph 1502 was therefore sustained.

**No. 39104.**—Protests 761289–G, etc., of Frank P. Dow Co. et al. (Seattle).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of Christmas-tree decorations wholly or in chief value of tinsel, wire, lame or lahn, bullions or metal threads the same as the merchandise passed upon in *Kresge* v. *United States* (25 C. C. P. A. 1, T. D. 48975). The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 39105.**—Protests 846087–G, etc., of F. W. Woolworth Co. (San Francisco).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of Abstract 37637 the spring daggers in question were held dutiable at 45 percent under paragraph 397 as claimed.